```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Criminal No. 07-290 (PAM/JSM)
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                             ) | |
|           PLAINTIFF,        ) | |
|      v.                     ) | FINAL ORDER OF |
|                             ) | FORFEITURE |
| KENNETH EARL MACKENTHUN,    ) | |
|                             ) | |
|           DEFENDANT.        ) | |

WHEREAS, on January 16, 2008, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States, pursuant to 18 U.S.C. §492, in conjunction with Title 28, United States Code, Section 2461(c), the following property:

   a.   an X-Infinity black computer tower, serial number 43013337;

   b.   a Canon 4 in 1 laser printer, serial number KLV09986;

   c.   14 bleached $1 genuine Federal Reserve Notes; and

   d.   1 bleached genuine $5 Federal Reserve Note;

WHEREAS, on January 24, 2008, January 31, 2008, and February 7, 2008, the plaintiff published notice of the forfeiture of the property in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 30 days of

the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, commencing on January 19, 2008, the plaintiff posted notice of criminal forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the United States' intent to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America:

   a. an X-Infinity black computer tower, serial number 43013337;

   b. a Canon 4 in 1 laser printer, serial number KLV09986;

   c. 14 bleached $1 genuine Federal Reserve Notes; and

   d. 1 bleached genuine $5 Federal Reserve Note; and

    2.  said property shall be disposed of by the United States Secret Service  in accordance with law.

    LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: April 25, 2008

                                  s/Paul A Magnuson  
                               PAUL A. MAGNUSON, Judge  
                               United States District Court